IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES DEAN CHRISTEN
ADC #084753                                                                                          PLAINTIFF

V.                                      NO: 1:06CV00005 GH/HDY

SWINGLE                                                                                              DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.   Plaintiff's Complaint (docket entry #1) is DISMISSED WITH PREJUDICE.

2.   This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

3.   The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this order and the accompanying judgment would not be taken in good faith.

DATED this 7th day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE